UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-2035-CJC (SP) | Date | May 6, 2014 |
|---|---|---|---|
| Title | DEON BANKS v. COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 27, 2013, plaintiff Deon Banks, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint").  On January 6, 2014, the court dismissed the Complaint with leave to amend.  Accordingly, plaintiff filed a First Amended Complaint on February 3, 2014 ("FAC").  The FAC alleges that plaintiff received an unlawful sentence due to a policy of the San Bernardino Superior Court in Barstow and the San Bernardino District Attorney's Office to give unlawful sentences, and that his rights were violated when the County of San Bernardino and Sheriff John McMahon failed to properly investigate plaintiff's valid complaint of excessive force while he was in custody.  On March 14, 2014, this court, having completed screening of the FAC, dismissed it with leave to file a Second Amended Complaint ("SAC")  by April 14, 2014.  Three weeks having passed beyond this deadline, the court has not received a SAC or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **May 27, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.  In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by May 27, 2014.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-2035-CJC (SP) | Date | May 6, 2014 |
|---|---|---|---|
| Title | DEON BANKS v. COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., et al. | | |

    If plaintiff files a Second Amended Complaint by **May 27, 2014**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.