JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON BANKS, | Case No. ED CV 13-2035-CJC (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: July 1, 2014

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE